# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

**Eduein Yovany Suarez-Hineztroza**

v.                                                              Case No. 26-cv-384-PB-AJ

**Frank T. Padula,[1] Director, Boston Field Office,**
**U.S. Customs and Immigration Enforcement, et al.**

## ORDER

Eduein Yovany Suarez-Hineztroza filed the instant petition for a writ

of habeas corpus on May 15, 2026. Doc. 1. This Court subsequently ordered

the government to show cause why I should not grant Suarez-Hineztroza's

petition to the extent of affording him a bond hearing under 8 U.S.C.

§ 1226(a), based both on his apparent membership in the class certified in

Guerrero Orellana v. Moniz and his similarity to the petitioner granted such

relief on procedural due process grounds in Destino v. FCI Berlin. Doc. 2

(citing 2025 WL 3687757, at *10-11 (D. Mass. Dec. 19, 2025) and 2025 DNH

149, 2025 WL 4010424 (D.N.H. Dec. 24, 2025)).

---

[1]      Pursuant to Federal Rule of Civil Procedure 25(d), Acting Director
Frank T. Padula is automatically substituted for former Acting Director
Patricia Hyde. See Fed. R. Civ. P. 25(d).

The government has filed a response to my order in which it concedes that Suarez-Hineztroza would receive the same result as the petitioner in <u>Destino</u> were that case's reasoning applied here. <u>See</u> Doc. 7. While the government gestures to certain arguments related to that authority—which it remains free to invoke in future cases notwithstanding the result of this case— it has not substantively developed those arguments here and thus has not shown cause for Suarez-Hineztroza's continued detention without a bond hearing.

Accordingly, because I agree with the Court's reasoning in <u>Destino</u>, the government is hereby ordered to afford Suarez-Hineztroza a bond hearing under 8 U.S.C. § 1226(a) as soon as practicable. If the government fails to comply, I will grant the writ and set appropriate terms and conditions for Suarez-Hineztroza's release during the pendency of his removal proceedings myself.

The government shall file a status report within fourteen days.

SO ORDERED.

/s/ Paul Barbadoro
Paul J. Barbadoro
United States District Judge

May 20, 2026

cc:    Counsel of Record

2