# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

**Eduein Yovany Suarez-Hineztroza**

    v.                                    Case No. 26-cv-384-PB-AJ

**Frank T. Padula, Director, Boston Field Office,**
**U.S. Customs and Immigration Enforcement, et al.**

## ORDER

After the government notified the Court that Eduein Yovany Suarez-Hineztroza received the bond hearing he sought on June 2, 2026, see Doc. 10, I ordered Suarez-Hineztroza to show cause within seven days why his petition should not be dismissed. Doc. 11. Suarez-Hineztroza has not responded to that order to date, so his petition shall be dismissed.

The clerk shall enter judgment accordingly and close the case.

SO ORDERED.

/s/ Paul Barbadoro
Paul J. Barbadoro
United States District Judge

June 11, 2026

cc:    Counsel of Record